**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ralph D. Palm Jr.<br>　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-12276 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                           Respectfully submitted,

                                          **/s/ Kevin G. McDonald, Esquire**
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734