**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Ralph Palm Jr., | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No: 18-12276 |

## **O R D E R**

*AND NOW*, upon consideration of the Motion of the Debtor to Extend the Deadlines, it is **ORDERED** and **DECREED** that the Debtor is **GRANTED** to file the required documents by May 16, 2018.

*BY THE COURT:*

**Date: April 18, 2018**

*Richard E. Fehling,*
*U.S. BANKRUPTCY JUDGE*