# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Ralph D. Palm, Jr.**
Debtor(s)

Case No. **18-12276**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **May 16, 2018**

**/s/ Ralph D. Palm, Jr.**
**Ralph D. Palm, Jr.**
Signature of Debtor