United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-12276-ref
Ralph D. Palm, Jr.                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith              Page 1 of 1              Date Rcvd: Jun 27, 2018
                            Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
14096631       +Santander Bank, N.A.,    601 Penn Street, Mail Code 10-6438-FB7,    Reading PA 19601-3563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      JAMES A. PROSTKO    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Dovenmuehle Mortgage, Inc. paeb@fedphe.com
      JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Ralph D. Palm, Jr. NO1JTB@juno.com
      KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
       RRamos-Cardona@fredreiglech13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                         TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12276-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Ralph D. Palm, Jr.
2207 River Rd.
Reading PA 19605

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/26/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Santander Bank, N.A., 601 Penn Street, Mail Code 10-6438-FB7, Reading PA 19601 | Santander Bank, N.A. (by: Dovenmuehle Mortgage, Inc.) P.O. Box 371306 Pittsburgh, PA 15250-7306 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/29/18

Tim McGrath
**CLERK OF THE COURT**