UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| RALPH D. PALM, JR. | : Bankruptcy No.  18-12276REF |
| | : |
| Debtor(s) | : Chapter 13 |

\* \* \* \* \* \* \*

**HEARING TO BE HELD:**
**Date:  September 27, 2018**
**Time:  9:00 a.m.**
**Place: United States**
           **Bankruptcy Court**
           **Courtroom #1, 3rd Floor**
           **The Madison**
           **400 Washington Street**
           **Reading, PA  19601**

\* \* \* \* \* \* \*

<u>NOTICE OF AMENDED MOTION, RESPONSE DEADLINE AND HEARING DATE</u>

    William C. Miller, Esq., Interim Chapter 13 Trustee, has filed Trustee's Amended Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105 and 1307 with the Court for dismissal of this case.

    YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the court to grant the relief sought in the amended motion or if you want the Court to consider your views on the amended motion, then on or before September 21, 2018 you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

        U.S. Bankruptcy Court
        Clerk's Office
        The Madison, Suite 300
        400 Washington Street
        Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

> Rolando Ramos-Cardona, Esq.
> for
> William C. Miller, Esq.,
> Interim Chapter 13 Trustee
> 2901 St. Lawrence Avenue
> Reading, Pennsylvania 19606
> Telephone:  (610) 779-1313
> Fax:           (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the amended motion.

3. A hearing on the amended motion is scheduled to be held before The Honorable Richard E. Fehling, United States Chief Bankruptcy Judge on Thursday, September 27, 2018 at 9:00 a.m., in Courtroom #1, United States Bankruptcy Court, The Madison, Third Floor, 400 Washington Street, Reading, Pennsylvania 19601.

4. If a copy of the amended motion is not enclosed, a copy of the amended motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  September 7, 2018.